

Christopher H. Lowe

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.764.7171
Direct:  212.444.1024
Fax:  212.444.1030
Chris@lipskylowe.com

www.lipskylowe.com

March 18, 2021

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Fischler v. Teltech Systems, Inc., 1:20-cv-10693 (AJN)

Dear Judge Nathan:

    This firm represents Plaintiff Fischler.  We write now to advise the Court that the parties have reached an agreement in principle to amicably resolve this action.  We expect to file a stipulation of dismissal with prejudice within 30 days.  Accordingly, we respectfully request that all case deadlines and conferences be adjourned *sine die*, including the Initial Pretrial Conference scheduled for March 26, 2021 at 3:00. (Dkt. 5.)

    We appreciate the Court's consideration of this request.

    Respectfully submitted,
    LIPSKY LOWE LLP


    s/ Christopher H. Lowe
    Christopher H. Lowe


Cc: Defendant's Counsel (via email)